IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| FPC FINANCIAL F.S.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-03242-CV-S-DGK |
| | ) | |
| DONIPHAN ENERGY, LLC, d/b/a | ) | |
| HOMETOWN ENERGY, and | ) | |
| RONALD O. LITTLES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION REGARDING PROPOSED STIPULATIONS

Now before the Court is Plaintiff's Proposed Stipulation of Uncontroverted Facts and Admissibility of Evidence (doc. 44). Plaintiff has submitted proposed stipulations regarding what it believes are uncontroverted facts and the admissibility of certain evidence to Defendants, but the Defendants have not responded. Plaintiff now asks that the requests be treated as requests for admission under Rule 36 as permitted by the Court's scheduling order. Defendants have not filed any response in opposition.

For good cause shown, the motion is GRANTED.

**IT IS SO ORDERED.**

Date:  November 7, 2011          /s/ Greg Kays
                                 GREG KAYS, JUDGE
                                 UNITED STATES DISTRICT COURT